Christine GIANFORMAGGIO and Georgia Polys, Plaintiffs/Appellants,

v.

Michelle BURMEISTER, Defendant/Respondent.

No. 62038.

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 16, 1993.

Anthony Cipriano, Richmond Heights, for appellant.

Gary E. Snodgrass, St. Louis, for respondent.

Before CRANE, P.J., KAROHL and CRAHAN, JJ.

ORDER

PER CURIAM.

Plaintiffs, Georgia Polys and her daughter Christine Gianformaggio, appeal the denial of their joint motion for new trial on damages based on the verdict being against the weight of the evidence and inadequate. We affirm. We find no error of law or abuse of discretion, and further find that the evidence in support of the jury verdict is not insufficient. Because an extended opinion would have no precedential value, we affirm by written order. Rule 84.16(b). The parties have been

Cleo CRAIN, Appellant,

v.

Paul & Kristie FEAGAN and Thomas & Joellen Reardon, Respondents.

No. WD 47627.

Missouri Court of Appeals, Western District.

Nov. 9, 1993.

Motion for Transfer Denied Dec. 28, 1993.

Michael C. Dawson, El Dorado Springs, for appellant.

Ortrie D. Smith, and Lynn M. Ewing, III, Nevada, for respondents Thomas & Joellen Reardon.

Paul and Kristie Feagan, respondents, pro se.

Before TURNAGE, C.J., and FENNER and ELLIS, JJ.

*ORDER*

PER CURIAM.

Appeal from an order denying a petition for a declaratory judgment that a certain road is a public road.

Affirmed. Rule 84.16(b).